1 CARPENTER, ZUCKERMAN & ROWLEY
Sark Ohanian (SBN 208905)
2 E-mail: sark@czrlaw.com
8827 West Olympic Boulevard
3 Beverly Hills, California 90211
Telephone: (310) 273-1230
4 Facsimile: (310) 858-1063
*Attorneys for Plaintiff JAMES MOORE*

5
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
6 Thomas G. Oesterreich (SBN 126131)
E-mail: Thomas.Oesterreich@lewisbrisbois.com
7 650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
8 Telephone: (714) 545-9200
Facsimile: (714) 850-1030
9 *Attorneys for Defendant, HOME DEPOT, U.S.A., INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| JAMES MOORE, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Corporation and DOES 1 to 50, Inclusive,<br><br>Defendants. | **CASE NO.: 8:18-cv-00102-AG-DFM**<br><br>**ORDER DISMISSING PLAINTIFF'S ENTIRE ACTION AGAINST ALL DEFENDANTS WITH PREJUDICE**<br><br>**TRIAL DATE:** January 29, 2019 |

Pursuant to the stipulation by and between plaintiff, JAMES MOORE, by and through his attorneys of record, Sark Ohanian, Esq. of Carpenter, Zuckerman & Rowley, and defendant, HOME DEPOT U.S.A., INC., by and through its attorney of record, Paul Jolis, Esq. and Thomas Oesterreich of Lewis Brisbois, that the parties have reached a full and final settlement of all of plaintiff's claims against the defendants and that they desire this matter be dismissed with prejudice.

///

///

IT IS HEREBY ORDERED that plaintiff's entire action, including all claims for relief, shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: January 23, 2019

_____
Hon. Andrew Guilford